UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:21-cr-117-SPC-MRM

MICHAEL STEPHEN MAYES

### ORDER OF FORFEITURE

Before the Court, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, is the United States' motion for entry of an order of forfeiture in the amount of **$65,606.00** (Doc. 36) as to Defendant Michael Stephen Mayes.

On March 28, 2022, the defendant pleaded guilty to count one of the indictment, charging him with theft of government funds, in violation of 18 U.S.C. § 641. (Doc. 32). The following day, the undersigned United States District Court Judge accepted Mayes' plea and adjudicated him guilty of the offense. (Doc. 34).

The United States has established that the defendant obtained **$65,606.00** in proceeds as a result of the offense.

The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the **$65,606.00** order of forfeiture.

The United States' Motion for Order of Forfeiture (Doc. 36) is **GRANTED**. The defendant is liable for an order of forfeiture in the amount of **$65,606.00**, which upon entry shall be a final order of forfeiture as to Defendant Michael Stephen Mayes.

The court retains jurisdiction to entertain any third-party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of any substitute asset.

DONE and ORDERED in Fort Myers, Florida, on April 1st, 2022.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Parties of Record